# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Wynnchurch Capital, LLC

                                      Plaintiff,

v.                                                   Case No.: 1:18–cv–00156
                                                          Honorable John Z. Lee

Terry Theodore

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 19, 2018:

       MINUTE entry before the Honorable John Z. Lee: Defendant's unopposed motion for leave to file exhibits under seal in support of its unopposed motion to stay the present action in favor of a prior–filed arbitration proceedings [16] is granted. Defendant's unopposed motion to stay the present action in favor of a prior–filed arbitration hearing [18] is granted. The status hearing set for 3/20/18 is stricken. This case is placed on the Court's suspended trial calendar. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.