# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Wynnchurch Capital, LLC, an Illinois Limited Liability Company, ) ) ) Plaintiff, ) ) -vs- ) ) Terry Theodore, ) ) Defendant. ) ) ──────────────────────── ) ) Terry Theodore, ) ) Counterclaim Plaintiff, ) ) -vs- ) ) Wynnchurch Capital, LLC, an Illinois Limited Liability Company, ) ) Counterclaim Defendant. ) | No. 1:18-cv-00156<br><br>Hon. John Z. Lee |

## **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

NOW COMES Plaintiff/Counterclaim-Defendant, Wynnchurch Capital, LLC ("Wynnchurch"), and Defendant/Counterclaim-Plaintiff, Terry Theodore ("Theodore") (collectively, the "Parties"), by and through their respective undersigned counsel, and hereby jointly stipulate to dismiss this lawsuit with prejudice and with both Parties bearing their own costs and attorneys' fees.

WHEREFORE, the Parties agree to dismiss the above captioned matter in its entirety with prejudice. This stipulation and dismissal completely terminates the above captioned civil action as to all claims by all Parties. Each Party shall bear their own attorneys' fees and costs. Further,

because the claims at issue in the above captioned matter were settled during a confidential arbitration concerning other legal disputes between the Parties, the Parties agree that this Court shall retain no jurisdiction to enforce the terms of the confidential settlement agreement executed by the Parties that also resolved the legal claims at issue in this action.

DATED:  January 29, 2019

Respectfully submitted,

| **SEYFARTH SHAW LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| /s/   *Justin K. Beyer*                                 _ | */s/ Jonathan C. Bunge*_____ |
| Michael D. Wexler | Jonathan C. Bunge |
| Justin K. Beyer | Andrew H. Schapiro |
| Robyn E. Marsh | Frank G. Dylewski |
| 223 S. Wacker Dr., Suite 8000 | Margaret Haas |
| Chicago, IL  60606 | John M. Robinson |
| Telephone:  (312) 460-5000 | 191 N. Wacker Dr., Suite 2700 |
| mwexler@seyfarth.com | Chicago, IL 60606-1881 |
| jbeyer@seyfarth.com | Telephone: (312) 705-7400 |
| rmarsh@seyfarth.com | jonathanbunge@quinnemanuel.com |
| | andrewschapiro@quinnemanuel.com |
| | frankdylewski@quinnemanuel.com |
| **WILLKIE FARR & GALLAGHER LLP** | margarethaas@quinnemanuel.com |
| | johnrobinson@quinnemanuel.com |
| James C. Dugan (*pro hac vice*) | |
| 787 Seventh Avenue | *Attorneys for Plaintiff/Counterclaim Defendant* |
| New York, NY  10019 | *Wynnchurch Capital, LLC* |
| Telephone:  (212) 728-8654 | |
| jdugan@willkie.com | |

*Attorneys for Defendant/Counterclaim Platinfiff Terry Theodore.*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that he caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF filing system.

This 29th day of January, 2019.

                                      */s/ Frank G. Dylewski*
                                      Frank G. Dylewski