UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Wynnchurch Capital, LLC
                              Plaintiff,

v.                                       Case No.: 1:18−cv−00156
                                       Honorable John Z. Lee

Terry Theodore
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 1, 2019:

       MINUTE entry before the Honorable John Z. Lee:Pursuant to the stipulation of dismissal, this case is dismissed with prejudice and with both parties bearing their own costs and attorneys' fees. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.